1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California  94102
     Telephone:   (415) 436-6805
5    Fax:         (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association** | **Case No.: 3:07-cv-6015-BZ** |
| **Plaintiff,** | |
| v. | |
| **JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individua; ; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,** | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **Defendants.** | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

1  Circuit.

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division