United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WACHOVIA BANK,

Plaintiff,

v.

JOHN CLIFTON ELSTEAD,

Defendant.
_______________________________/

No. C 07-06015SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, March 28, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk