IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WACHOVIA BANK,                                          No. C 07-06015SI

       Plaintiff,                                         **NOTICE**

  v.

JOHN CLIFTON ELSTEAD,

       Defendant.
                                            /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, March 28, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007                                    RICHARD W. WIEKING, Clerk

                                                                                            Tracy Sutton
                                                                                            Deputy Clerk

**United States District Court**
For the Northern District of California