1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for Plaintiff
7  WACHOVIA BANK, N.A. AS
   TRUSTEE (BAYVIEW), a national
8  banking association

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association, | CASE NO.: CV-07-06015SI |
| | JUDGE: Hon. Susan Illston |
| Plaintiff, | |
| v. | |
| JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707.**

On December 18, 2007, I served the foregoing document described as **NOTICE-CASE MANAGEMENT CONFERENCE ORDER** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on December 18, 2007, at Santa Ana, California.

/s/ Veronica Delgado
---
Veronica Delgado

CERTIFICATE OF SERVICE

**SERVICE LIST**
Wachovia v. Elstead, et al.
USDC, Case No. 07-CV-06015SI

| | |
|---|---|
| Scott N. Nichols, Esq.<br>Thomas M. Newman, Esq.<br>9th Floor Federal Building<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 | (415) 436-6805-telephone<br>(415) 436-6748-facsimile<br><br>**Attorneys for Defendant,**<br>**The United States of America** |
| John Clifton Elstead<br>7460 Woodrow Drive<br>Oakland, CA 94611 | (510) 339-3245-telephone<br><br>**Defendant in Pro Per** |
| Michael J. Fox, Esq.<br>Christopher E. Deal, Esq.<br>17911 Von Karman Avenue, Suite 300<br>Irvine, CA 92614-6253 | (949) 622-4303-telephone<br>(949) 622-5756-facsimile<br><br>**Attorneys for Defendant,**<br>**Fidelity National Title Insurance Company** |
| John A. Russo, Esq.<br>Randolph W. Hall, Esq.<br>Jannie L. Wong, Esq.<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | (510) 238-6513-telephone<br>(510) 238-6500-facsimile<br><br>jlwong@oaklandcityattorney.org<br><br>**Attorneys for Defendant, City of Oakland** |
| Susan Elstead<br>25 Arguello CI<br>San Rafael, CA 94901 | |
| Law Offices of Walker & Durham<br>50 Francisco Street, Suite 460<br>San Francisco, CA 94133 | |
| Sandra F. Elstead aka Sandra F. Wagner<br>35 Cedarbrook Court<br>Walnut Creek, CA 94597 | |
| Meuser Collection Company<br>dba Meuser of California<br>c/o Pauline J. Rita, Agent for Service<br>1555 Doolittle Drive, Suite 170<br>San Leandro, CA 94577 | |
| MBNA America Bank, NA<br>1100 N. King St.<br>Wilmington, DE 19884 | |

CERTIFICATE OF SERVICE

1  Universal Fences & Supply, Inc,
2  c/o Brenda Camacho, Agent for Service
   2337 American Way
3  Hayward, CA 94545

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE