SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6805
  Fax:        (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association** | **Case No.: 3:07-cv-6015-SI** |
| **Plaintiff,** | |
| v. | |
| **JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individua; ; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,** | |
| **Defendants.** | |

<u>ANSWER</u>

    Defendant, the United States of America, answer the Complaint for Judicial Foreclosure as follows:

    1.    Admits.

    2.    Admits.

3-7.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraphs 3-7.

8.    The United States admits that the IRS recorded a lien in the Alameda County Recorder's Office against the subject property on September 12, 2002, and avers that the total amount of the secured by the lien equals $436,939.40.

9-11.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraphs 9-11.

12.    Admits.

13.    Admits.

14.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matter asserted.

15.    Defendant admits the allegations of paragraph 15 as it pertains to the United States or its agencies.

16.    Admits.

17-33.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraphs 17-33.

## FIRST CAUSE OF ACTION

34.    The United States incorporates its responses to paragraphs 1-33, supra.

35-41.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matters asserted in paragraphs 35-41.

42.    The United States lacks knowledge or information sufficient to form a belief as to the truth of the matter asserted.

WHEREFORE, the United States prays that the Court:

1.    Enter an Order of Sale of the Subject Property to satisfy the debts of defendant John C. Elstead;

2.    Determine the parties rights and interests to the proceeds from the sale of the Subject Property; and

3.    Issue and Order distributing the excess proceeds from the sale of the Subject Property in accordance with parties' interests.

| | |
|---|---|
| 1 | |
| 2 | JOSEPH RUSSONIELLO<br>United States Attorney |
| 3 | |
| 4 | /s/ Thomas M. Newman<br>THOMAS M. NEWMAN |
| 5 | Assistant United States Attorney<br>Tax Division |