1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for plaintiff
8  WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW)

9
10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association | CASE NO.: CV076015 SI |
| 14  Plaintiff, | Assigned to: Hon. Susan Illston |
| 15  v. | **REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY WITH PLAINTIFF'S OPPOSITION TO DEFENDANT JOHN CLIFTON ELSTEAD'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| 16  JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive, Defendant. | DATE:  February 15, 2008<br>TIME:  9:00 a.m.<br>DEPT:  "10" |

28  ///

1
REQUEST FOR JUDICIAL NOTICE

1047945.1

Plaintiff Wachovia Bank N.A., as Trustee (Bayview) ("Plaintiff"), hereby requests that, in connection with its Opposition to Defendant John Clifton Elstead's ("Defendant" or Elstead") Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted this court take judicial notice, pursuant to Federal Rules of Evidence §§ 201(b), 201(c), and 201(d), of the following documents:

1.  A true and correct copy of the Docket (Register of Actions) of the California Appellate Court Website, for the First Appellate District, in the matter of *Elstead v. JP Morgan Chase Bank*, case number A119606, as Exhibit "1."

2.  A true and correct copy of the "Register of Action" of the Superior Court of California, County of Alameda website, for the matter of *Elstead v. JP Morgan Chase Bank*, case number 2002-046192, as Exhibit "2."

DATED: January 25, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
    JOHN M. SORICH
    S. CHRISTOPHER YOO
    ROCIO HERRERA
    Attorneys for plaintiff
    WACHOVIA BANK, N.A. AS TRUSTEE
    (BAYVIEW)

**EXHIBIT 1**

# CALIFORNIA APPELLATE COURTS
Case Information



### 1st Appellate District

Change court

Court data last updated: 01/24/2008 10:05 AM

Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court

## Docket (Register of Actions)

**Elstead v. JP Morgan Chase Bank et al.**
Division 2
Case Number A119606

| Date | Description | Notes |
|---|---|---|
| 11/01/2007 | Notice of appeal lodged/received. | John Elstead; 10/30/07 |
| 11/01/2007 | Notified parties of local rules and procedures. | |
| 11/01/2007 | Filing fee. | Esner, Chang & Ellis; check |
| 11/07/2007 | Stipulation filed to: | Consolidate Appeals A117521 & A119606 (to court) |
| 11/08/2007 | Certificate of interested entities or persons filed by: | Respondents JP Morgan Chase Bank et al. |
| 11/08/2007 | Filed order consolidating with case: | It is ordered that the two appeals, A117521 and A119606, taken by plaintiffs in John Clifton Elstead v. JP Morgan Chase Bank, et al., Alameda County Superior Court case number 2002-046192, are consolidated in this Court for purposes of briefing, oral argument and decision. The Appellant's Opening Brief in both appeals will be due 30 days after the record on appeal in the second appeal has been filed in this Court. |
| 11/08/2007 | Civil case information statement filed. | by atty Andrew Chang for aplt (John Clifton Elstead) w/a copy of the order attached. |
| 11/13/2007 | Received: | rspdnt's designation of record; 11/09/07 |
| 01/03/2008 | Received: | aplnts designation of record; 11/08/07 |
| 01/23/2008 | Notice to reporter to prepare transcript. | sent to CSR Doriann Renaud dated 12/27/07. Txs due 1/27/08. |

Click here to request automatic e-mail notifications about this case.

©2007 Judicial Council of California

**EXHIBIT 2**

| Case number: | 2002046192 |
|---|---|
| Title: | Elstead VS JP Morgan Chase Bank |
| Case Type: | Civil |
| Complaint Type: | Breach of Contract/Warranty |
| Case Subtype: | General Civil |
| Filing Date: | 04/04/02 |
| Filing Location: | Rene C. Davidson Alameda County Courthouse |

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 04/04/02 | Complaint Breach of Contract Filed | 📄 | 📄 |
| 04/08/02 | Application Re: Temporary Restraining Order & OSC re Preliminary Injunction Filed for John Clifton E | 📄 | 📄 |
| 04/08/02 | Summons on Complaint Issued | | |
| 04/08/02 | Civil Case Cover Sheet Filed for John Clifton Elstead | 📄 | 📄 |
| 04/08/02 | Order to Show Cause re Preliminary Injunction Issued | 📄 | 📄 |
| 04/08/02 | Order to Show Cause re Preliminary Injunction 04/23/2002 02:00 PM D-31 | | |
| 04/08/02 | Application Re: Temporary Restraining Order & OSC re Preliminary Injunction Granted for all Purposes | | |
| 04/19/02 | Supplemental Memorandum of Points and Authorities in Support Filed | 📄 | 📄 |
| 04/23/02 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 04/23/02 | Order to Show Cause re Preliminary Injunction - Motion Rescheduled | 📄 | 📄 |
| 04/23/02 | Hearing Continued to Civil Law and Motion dept: 31 date: 05/08/2002 time: 02:00 PM | | |
| 05/03/02 | Supplemental Memorandum of Points and Authorities in Support Filed | 📄 | 📄 |
| 05/08/02 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/08/02 | Order to Show Cause re Preliminary Injunction Granted | 📄 | 📄 |
| 05/10/02 | Demurrer to Complaint Filed by JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase | 📄 | 📄 |
| 05/10/02 | Demurrer to Complaint Hearing Confirmed for 06/24/2002 02:00 PM D-31 | | |
| 05/10/02 | Notice of Filed | 📄 | 📄 |
| 05/10/02 | Motion to Strike Complaint Filed for Defendant | 📄 | 📄 |
| 05/10/02 | Motion to Strike Complaint Hearing Confirmed for 06/24/2002 02:00 PM D-31 | | |
| 06/14/02 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 06/14/02 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 06/17/02 | Initial Case Management Conference 10/04/2002 03:30 PM D-24 | 📄 | 📄 |
| 06/19/02 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 06/19/02 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 06/24/02 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/24/02 | Motion to Strike Complaint Taken Under Submission | 📄 | 📄 |
| 06/24/02 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/24/02 | Demurrer to Complaint Taken Under Submission | 📄 | 📄 |
| 08/19/02 | Motion to Strike Complaint Denied | 📄 | 📄 |
| 08/19/02 | Demurrer to Complaint - Overruled | 📄 | 📄 |
| 08/30/02 | Answer to Complaint Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase M | 📄 | 📄 |
| 09/26/02 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 10/02/02 | Case Management Statement of John Clifton Elstead Filed | 📄 | 📄 |
| 10/04/02 | Case Management Conference Commenced and Continued | 📄 | 📄 |
| 10/04/02 | Order re Case Management Filed | 📄 | 📄 |
| 10/04/02 | Hearing Continued to Case Management Conf Continuance dept: 24 date: 02/28/2003 time: 02:00 PM | | |
| 11/25/02 | Hearing Reset to Case Management Conf Continuance 02/28/2003 09:00 AM D- 19 | 📄 | 📄 |
| 02/14/03 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |
| 02/28/03 | Case Management Conference Commenced and Continued | 📄 | 📄 |
| 02/28/03 | Hearing Continued to Case Management Conf Continuance dept: 19 date: 04/22/2003 time: 09:00 AM | | |
| 03/28/03 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |
| 04/03/03 | Motion for Further Production of Documents Filed for Plaintiff | 📄 | 📄 |
| 04/03/03 | Motion for Further Production of Documents Hearing Confirmed for 06/02/2003 09:00 AM D- 31 | | |
| 04/17/03 | Notice of Unavailability of Counsel Filed | 📄 | 📄 |
| 04/21/03 | Case Management Statement of John Clifton Elstead Filed | 📄 | 📄 |
| 04/22/03 | Case Management Conference Commenced and Continued | 📄 | 📄 |
| 04/22/03 | Hearing Continued to Case Management Conf Continuance dept: 19 date: 12/03/2003 time: 09:00 AM | | |
| 04/22/03 | Order re Case Management Filed | 📄 | 📄 |
| 05/19/03 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 05/29/03 | Motion for Further Production of Documents Hearing Dropped from dept: 31 date: 06/02/2003 time: 09:0 | | |
| 06/02/03 | Declaration in Opposition Filed by JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., C | 📄 | 📄 |
| 07/24/03 | Motion to Compel Production of Documents Reservation Set for dept: 31 date: 09/02/2003 time: 09:00 A | | |
| 07/29/03 | Hearing Reset to Motion to Compel Production of Documents 09/11/2003 09:00 AM D- 31 | | |
| 07/30/03 | Motion to Compel Production of Documents Filed for Plaintiff | 📄 | 📄 |
| 07/30/03 | Motion to Compel Production of Documents Hearing Confirmed for 09/11/2003 09:00 AM D- 31 | | |
| 08/19/03 | Hearing Reset to Motion to Compel Production of Documents 10/02/2003 09:00 AM D- 31 | | |
| 08/19/03 | Substitution of Attorney Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Ch | 📄 | 📄 |
| 09/22/03 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 09/25/03 | Proposed Order Received | 📄 | 📄 |
| 09/30/03 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 10/02/03 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 10/02/03 | Motion to Compel Production of Documents - Motion Rescheduled | | |
| 10/02/03 | Hearing Continued to Civil Law and Motion dept: 31 date: 10/16/2003 time: 09:00 AM | | |

| Date | Event |
|---|---|
| 10/02/03 | Hearing Reset to Motion to Compel Production of Documents 12/04/2003 09:00 AM D- 31 |
| 11/10/03 | Motion to Quash Reservation Set for dept: 31 date: 12/12/2003 time: 09:00 AM |
| 11/10/03 | Motion to Quash Filed |
| 11/10/03 | Motion to Quash Hearing Confirmed for 12/12/2003 09:00 AM D- 31 |
| 11/24/03 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo |
| 12/01/03 | Case Management Statement of John Clifton Elstead Filed |
| 12/01/03 | Reply Filed |
| 12/02/03 | Memorandum of Points and Authorities in Opposition Filed |
| 12/02/03 | Memorandum of Points and Authorities in Opposition Filed |
| 12/03/03 | Case Management Conference Commenced and Continued |
| 12/03/03 | Hearing Continued to Case Management Conf Continuance dept: 19 date: 04/28/2004 time: 09:00 AM |
| 12/04/03 | Civil Law and Motion Hearing Commenced and Completed |
| 12/04/03 | Motion to Compel Production of Documents Taken Under Submission |
| 12/09/03 | Memorandum of Points and Authorities in Reply Filed |
| 12/10/03 | Hearing Reset to Motion to Quash 12/12/2003 09:01 AM D- 31 |
| 12/12/03 | Civil Law and Motion Hearing Commenced and Completed |
| 12/12/03 | Motion to Quash Granted in Part |
| 03/04/04 | Motion to Compel Production of Documents - Motion Rescheduled |
| 03/04/04 | Hearing Continued to Civil Law and Motion dept: 31 date: 03/04/2004 time: 09:00 AM |
| 03/04/04 | Further Briefing Commenced and Completed |
| 03/04/04 | Motion to Compel Production of Documents Taken Under Submission |
| 03/04/04 | Order Resetting Submission of Motion Filed |
| 03/09/04 | Letter dated March 9, 2004 Received |
| 03/09/04 | Motion for Protective Order Filed for Defendant |
| 03/09/04 | Motion for Protective Order Hearing Confirmed for 04/15/2004 02:00 PM D- 31 |
| 04/02/04 | Hearing Reset to Motion for Protective Order 05/10/2004 02:00 PM D- 31 |
| 04/02/04 | Hearing Reset to Motion for Protective Order 05/05/2004 02:00 PM D- 31 |
| 04/05/04 | Hearing Reset to Case Management Conf Continuance 05/24/2004 09:00 AM D- 19 |
| 04/12/04 | Re-Notice of Filed |
| 04/26/04 | Memorandum of Points and Authorities in Opposition Filed |
| 04/30/04 | Reply Brief in Support of Motion Filed |
| 04/30/04 | Miscellaneous Compendium of Secondary Authority Filed |
| 04/30/04 | Declaration in Support Reply Filed |
| 05/05/04 | Civil Law and Motion Hearing Commenced and Completed |
| 05/05/04 | Motion for Protective Order Denied |

| Date | Event | | |
|---|---|---|---|
| 05/07/04 | Case Management Statement of JP Morgan Chase Bank Filed | 📄 | 📄 |
| 05/12/04 | Motion to Compel Production of Documents Denied | 📄 | 📄 |
| 05/19/04 | Notice of Ruling Filed | 📄 | 📄 |
| 05/19/04 | Hearing Reset to Case Management Conf Continuance 07/19/2004 09:00 AM D- 19 | 📄 | 📄 |
| 06/18/04 | Motion to Compel Further Answers at Deposition Filed for Defendant | 📄 | 📄 |
| 06/18/04 | Motion to Compel Further Answers at Deposition Hearing Confirmed for 07/19/2004 02:00 PM D- 31 | | |
| 07/08/04 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |
| 07/15/04 | Case Management Statement of John Clifton Elstead Filed | 📄 | 📄 |
| 07/15/04 | Hearing Reset to Case Management Conf Continuance 07/19/2004 11:00 AM D- 19 | 📄 | 📄 |
| 07/16/04 | Hearing Reset to Motion to Compel Further Answers at Deposition 08/02/2004 02:00 PM D- 31 | | |
| 07/16/04 | Hearing Reset to Case Management Conf Continuance 07/19/2004 09:00 AM D- 19 | | |
| 07/16/04 | Letter re Continuance of Motion to Compel from Deft/MP dated 7/16/04 Received | 📄 | 📄 |
| 07/19/04 | Case Management Conference Commenced and Continued | 📄 | 📄 |
| 07/19/04 | Hearing Continued to Case Management Conf Continuance dept: 19 date: 11/10/2004 time: 09:00 AM | | |
| 07/19/04 | Order re Case Management Filed | 📄 | 📄 |
| 07/23/04 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 07/28/04 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 08/02/04 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 08/02/04 | Motion to Compel Further Answers at Deposition - Motion Rescheduled | 📄 | 📄 |
| 08/02/04 | Hearing Continued to Civil Law and Motion dept: 31 date: 08/20/2004 time: 02:00 PM | | |
| 08/17/04 | Status Report Motion to Compel Further Responses to Third Set of Document Requests Filed | 📄 | 📄 |
| 08/17/04 | Status Report re: Motion to Compel Further Responses... Filed | 📄 | 📄 |
| 08/17/04 | Status Report with tapes Lodged | 📄 | 📄 |
| 08/18/04 | Motion to Compel Further Answers at Deposition Hearing Dropped from dept: 31 date: 08/20/2004 time: | | |
| 08/18/04 | Letter from Deft's counsel re: settlement of issues & Req. to Drop 8/20/04 hrg Filed | 📄 | 📄 |
| 09/21/04 | Motion to Amend Answer Filed by JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chas | 📄 | 📄 |
| 09/21/04 | Motion to Amend Answer Hearing Confirmed for 10/22/2004 02:00 PM D- 31 | | |
| 10/07/04 | Hearing Reset to Motion to Amend Answer 11/10/2004 02:00 PM D- 31 | | |
| 10/15/04 | Notice of Rescheduled Hearing Date Re: Motion To Amend Answer Filed | 📄 | 📄 |
| 10/22/04 | Motion to Compel Further Answers to Interrogatories Filed for Defendant | 📄 | 📄 |
| 10/22/04 | Motion to Compel Further Answers to Interrogatories Hearing Confirmed for 12/10/2004 02:00 PM D- 31 | | |

| | | | |
|---|---|---|---|
| 10/25/04 | Case Management Statement of JP Morgan Chase Bank Filed | 📄 | 📄 |
| 10/29/04 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 11/05/04 | Declaration in Reply Filed by JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase | 📄 | 📄 |
| 11/10/04 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/10/04 | Motion to Amend Answer Granted | 📄 | 📄 |
| 11/10/04 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 11/10/04 | Master Jury Trial 10/07/2005 08:44 AM D- 1 | | |
| 11/10/04 | Order re Case Management Filed | 📄 | 📄 |
| 11/23/04 | Notice of Ruling Filed | 📄 | 📄 |
| 11/23/04 | Amended Answer to Complaint Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., | 📄 | 📄 |
| 11/24/04 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 12/01/04 | Demurrer Notice of Demurrer to Defendants' First Amended Answer Filed by John Clifton Elstead | 📄 | 📄 |
| 12/01/04 | Demurrer Hearing Confirmed for 12/30/2004 02:00 PM D- 31 | | |
| 12/03/04 | Reply Brief in Support of Motion Filed | 📄 | 📄 |
| 12/10/04 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/10/04 | Motion to Compel Further Answers to Interrogatories Denied | 📄 | 📄 |
| 12/17/04 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 12/23/04 | Memorandum of Points and Authorities in Reply Filed | 📄 | 📄 |
| 12/30/04 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 12/30/04 | Demurrer Sustained With Leave to Amend | 📄 | 📄 |
| 01/18/05 | Amended Answer to Complaint Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., | 📄 | 📄 |
| 01/28/05 | Demurrer to Answer Filed by John Clifton Elstead | 📄 | 📄 |
| 01/28/05 | Demurrer to Answer Hearing Confirmed for 03/08/2005 02:00 PM D- 31 | | |
| 01/28/05 | Motion to Strike Answer Filed for Plaintiff | 📄 | 📄 |
| 01/28/05 | Motion to Strike Answer Hearing Confirmed for 03/08/2005 02:00 PM D- 31 | | |
| 02/16/05 | Motion to Quash Filed | 📄 | 📄 |
| 02/16/05 | Motion to Quash Hearing Confirmed for 03/17/2005 02:00 PM D- 31 | | |
| 02/23/05 | Memorandum of Points and Authorities in Opposition Compendium of secondary authority Filed | 📄 | 📄 |
| 02/23/05 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 02/23/05 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |
| 02/25/05 | Declaration Filed | | |
| 03/01/05 | Reply of Points and Authorities in Support of Plaintiff's Demurrer to Defendants' Second Amended Ans | 📄 | 📄 |
| 03/01/05 | Reply Memorandum of Points & Authorities in Support of Motion Filed | 📄 | 📄 |
| 03/04/05 | Opposition To Plaintiff's Motion to Quash Deposition Filed | 📄 | 📄 |
| 03/08/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 03/08/05 | Motion to Strike Answer - Granted in Part | 📄 | 📄 |
| 03/08/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 03/08/05 | Demurrer to Answer - Overruled | 📄 | 📄 |
| 03/10/05 | Reply in Support of Motion to Quash Filed | 📄 | 📄 |
| 03/17/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 03/17/05 | Motion to Quash Granted in Part | 📄 | 📄 |
| 03/30/05 | Proposed Order Received | 📄 | 📄 |
| 03/30/05 | Notice of Change of Address Filed | 📄 | 📄 |
| 05/17/05 | Motion to Amend Complaint Filed by John Clifton Elstead | 📄 | 📄 |
| 05/17/05 | Motion to Amend Complaint Hearing Confirmed for 06/14/2005 02:00 PM D- 31 | | |
| 05/19/05 | Motion to Quash Filed | 📄 | 📄 |
| 05/19/05 | Motion to Quash Hearing Confirmed for 06/21/2005 02:00 PM D- 31 | | |
| 06/01/05 | Opposition Filed | 📄 | 📄 |
| 06/07/05 | Reply Filed | 📄 | 📄 |
| 06/07/05 | Declaration Supplemental In Support Of Motion To File First Amended Complaint Filed | 📄 | 📄 |
| 06/08/05 | Opposition to Motion to Quash Filed | 📄 | 📄 |
| 06/13/05 | Reply In Support Of Motion TO Quash Modified Deposition Subpoenas Filed | 📄 | 📄 |
| 06/13/05 | Declaration Supplemental In Support Of Motion To Quash Modified Deposition Subpoenas Filed | 📄 | 📄 |
| 06/14/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/14/05 | Motion to Amend Complaint Denied | 📄 | 📄 |
| 06/16/05 | Motion for Summary Judgment/Adjudication Filed by JP Morgan Chase Bank, Chase Manhattan Mortagage Se | 📄 | 📄 |
| 06/16/05 | Motion for Summary Judgment/Adjudication Hearing Confirmed for 09/01/2005 02:00 PM D- 31 | | |
| 06/21/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 06/21/05 | Motion to Quash Granted in Part | 📄 | 📄 |
| 06/29/05 | Motion to Amend Complaint Filed by John Clifton Elstead | 📄 | 📄 |
| 06/29/05 | Motion to Amend Complaint Hearing Confirmed for 07/28/2005 02:00 PM D- 31 | | |
| 07/15/05 | Motion to Compel Production of Documents Filed for Defendant | 📄 | 📄 |
| 07/15/05 | Motion to Compel Production of Documents Hearing Confirmed for 08/12/2005 02:00 PM D- 31 | | |
| 07/15/05 | Opposition To Plaintiff's Motion to File First Amended Verified Complaint Filed | 📄 | 📄 |
| 07/15/05 | Opposition To Plaintiff's Motion to File First Amended Verified Complaint Filed | 📄 | 📄 |
| 07/15/05 | Continuance Reservation Set for dept: 31 date: 07/19/2005 time: 08:45 AM | | |
| 07/19/05 | Hearing Reset to Civil Ex-Parte 07/21/2005 08:45 AM D- 31 | | |
| 07/20/05 | Reply Filed | 📄 | 📄 |

| Date | Description | | |
|---|---|---|---|
| 07/21/05 | Application Re: Continuance Filed for John Clifton Elstead | 📄 | 📄 |
| 07/21/05 | Application Re: Continuance Granted | 📄 | 📄 |
| 07/21/05 | Hearing Reset to Master Jury Trial 01/20/2006 08:45 AM D- 1 | | |
| 07/21/05 | Hearing Reset to Motion for Summary Judgment/Adjudication 11/03/2005 02:00 PM D- 31 | | |
| 07/28/05 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 07/28/05 | Motion to Amend Complaint - Motion Rescheduled | | |
| 07/28/05 | Hearing Continued to Civil Law and Motion dept: 31 date: 08/09/2005 time: 02:00 PM | | |
| 08/05/05 | Reply Brief in Support of Motion Filed | 📄 | 📄 |
| 08/09/05 | First Amended Complaint Filed | 📄 | 📄 |
| 08/09/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 08/09/05 | Motion to Amend Complaint Granted | 📄 | 📄 |
| 08/09/05 | Hearing Vacated: Master Jury Trial 01/20/2006 08:45 AM D- 1 | | |
| 08/09/05 | Case Management Conf Continuance 10/04/2005 09:00 AM D- 19 | | |
| 08/10/05 | Declaration in Support plaintiff's opposition to motion to compel Filed | 📄 | 📄 |
| 08/10/05 | Declaration in Opposition of Brett D. Watson Filed by JP Morgan Chase Bank, Chase Manhattan Mortagag | 📄 | 📄 |
| 08/12/05 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 08/12/05 | Motion to Compel Production of Documents - Motion Rescheduled | | |
| 08/12/05 | Hearing Continued to Civil Law and Motion dept: 31 date: 08/15/2005 time: 02:00 PM | | |
| 08/15/05 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 08/15/05 | Motion to Compel Production of Documents Granted | 📄 | 📄 |
| 09/07/05 | Hearing Reset to Motion for Summary Judgment/Adjudication 12/21/2005 02:00 PM D- 31 | | |
| 09/08/05 | Answer to 1st Amended Complaint Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, I | 📄 | 📄 |
| 09/08/05 | Amended Notice of Motion Filed | 📄 | 📄 |
| 09/15/05 | Case Management Statement of JP Morgan Chase Bank Filed | 📄 | 📄 |
| 10/04/05 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 10/04/05 | Compliance Hearing 10/27/2005 09:01 AM D- 19 | | |
| 10/11/05 | Motion for Summary Judgment/Adjudication Hearing Dropped from dept: 31 date: 12/21/2005 time: 02:00 | | |
| 10/11/05 | Notice of Withdrawal, Without Prejudice of Motion for Summary Judgment Filed | 📄 | 📄 |
| 10/18/05 | Declaration re: order to show cause why sanctions Filed | 📄 | 📄 |
| 10/26/05 | Motion to Compel Answers to Interrogatories Filed for Defendant | 📄 | 📄 |
| 10/26/05 | Motion to Compel Answers to Interrogatories Hearing Confirmed for 11/18/2005 02:00 PM D- 31 | | |
| 10/27/05 | Compliance Hearing Commenced and Completed | 📄 | 📄 |
| 10/27/05 | Case Management Conf Continuance 04/26/2006 09:00 AM D- 19 | | |
| 11/09/05 | Hearing Reset to Motion to Compel Answers to Interrogatories 11/30/2005 03:00 PM D- 22 | | |

| Date | Description | | |
|---|---|---|---|
| 11/09/05 | Motion to Compel Production of Documents Hearing Dropped from dept: 31 date: 08/12/2005 time: 02:00 | | |
| 11/09/05 | Motion to Compel Answers to Interrogatories Hearing Dropped from dept: 22 date: 11/30/2005 time: 03: | | |
| 11/29/05 | Hearing Reset to Case Management Conf Continuance 04/26/2006 09:15 AM D- 30 | 📄 | 📄 |
| 04/10/06 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |
| 04/20/06 | Hearing Reset to Case Management Conf Continuance 05/25/2006 09:15 AM D- 30 | 📄 | 📄 |
| 04/26/06 | Rejection Letter Issued on Miscellaneous | 📄 | 📄 |
| 04/26/06 | Motion for Summary Judgment/Adjudication Filed by Chase Mortgage Services, INC., Chase Manhattan Mor | 📄 | 📄 |
| 04/26/06 | Motion for Summary Judgment/Adjudication Hearing Confirmed for 07/20/2006 09:30 AM D- 30 | | |
| 04/26/06 | Notice of of lodging deposition transcripts Filed | 📄 | 📄 |
| 05/25/06 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 05/25/06 | Case Management Conference Order Issued | 📄 | 📄 |
| 05/25/06 | Case Management Conf Continuance 10/12/2006 09:15 AM D- 30 | | |
| 05/25/06 | Master Jury Trial 03/02/2007 09:30 AM D- 30 | | |
| 05/30/06 | Order re Case Management Filed | 📄 | 📄 |
| 05/31/06 | Hearing Reset to Case Management Conf Continuance 10/17/2006 09:15 AM D- 30 | | |
| 06/15/06 | Hearing Reset to Motion for Summary Judgment/Adjudication 09/21/2006 09:30 AM D- 30 | | |
| 06/16/06 | Re-Notice of continued motion for summary judgment Filed | 📄 | 📄 |
| 09/05/06 | Motion for Summary Judgment Reservation Set for dept: 30 date: 10/19/2006 time: 09:30 AM | | |
| 09/05/06 | Stipulation and Order Re: Continuance Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevi | 📄 | 📄 |
| 09/06/06 | Proposed Order Received | 📄 | 📄 |
| 09/08/06 | Stipulation and Order Re: Continuance Granted | 📄 | 📄 |
| 09/08/06 | Hearing Reset to Motion for Summary Judgment/Adjudication 10/19/2006 09:30 AM D- 30 | 📄 | 📄 |
| 09/08/06 | Hearing Reset to Case Management Conf Continuance 10/19/2006 09:15 AM D- 30 | 📄 | 📄 |

1

Page: 1    2

| Date | Action | Image (Java) | Image (TIFF) |
|---|---|---|---|
| 10/03/06 | Case Management Statement of JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chase Mo | 📄 | 📄 |
| 10/10/06 | Memorandum of Points and Authorities in Support Filed | 📄 | 📄 |
| 10/13/06 | Hearing Reset to Motion for Summary Judgment/Adjudication 10/26/2006 09:30 AM D-30 | 📄 | 📄 |
| 10/13/06 | Reply Brief in Support of Motion Filed | 📄 | 📄 |
| 10/13/06 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 10/13/06 | Objections to Evidence Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC., Chas | 📄 | 📄 |
| 10/16/06 | Case Management Statement of John Clifton Elstead Filed | 📄 | 📄 |
| 10/16/06 | Hearing Reset to Case Management Conf Continuance 10/26/2006 09:15 AM D-30 | 📄 | 📄 |
| 10/23/06 | Supplemental Declaration in Support Filed | 📄 | 📄 |
| 10/25/06 | Hearing Reset to Case Management Conf Continuance 11/22/2006 09:15 AM D-30 | 📄 | 📄 |
| 10/26/06 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 10/26/06 | Motion for Summary Judgment/Adjudication - Motion Rescheduled | 📄 | 📄 |
| 10/26/06 | Hearing Continued to Civil Law and Motion dept: 30 date: 11/22/2006 time: 09:30 AM | | |
| 11/22/06 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 11/22/06 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 11/22/06 | Motion for Summary Judgment/Adjudication Taken Under Submission | 📄 | 📄 |
| 12/01/06 | Motion for Summary Judgment/Adjudication Granted | 📄 | 📄 |
| 12/01/06 | Order granting Defendants' Motion for Summary Judgment (with proof of mailing) Filed | 📄 | 📄 |
| 12/18/06 | Objections of John Clifton Elstead Filed | 📄 | 📄 |
| 12/18/06 | Response To Proposed Judgment Filed | 📄 | 📄 |
| 12/18/06 | Declaration Of Brett D. Watson Re: Objections To Proposed Judgment Filed | 📄 | 📄 |
| 01/02/07 | Reply Filed | 📄 | 📄 |
| 02/23/07 | Judgment Summary Filed | 📄 | 📄 |
| 02/23/07 | Judgment Entered | 📄 | 📄 |
| 03/01/07 | Notice of Entry of Judgment Filed | 📄 | 📄 |
| 03/09/07 | Motion for Attorney Fees Filed for Creditor | 📄 | 📄 |
| 03/09/07 | Motion for Attorney Fees Hearing Confirmed for 04/18/2007 09:30 AM D-30 | | |
| 03/09/07 | Memorandum of Costs (Summary) Filed for JP Morgan Chase Bank, Chase Manhattan Mortagage Sevices, INC | 📄 | 📄 |
| 03/27/07 | Motion to Tax Costs Filed for Debtor | 📄 | 📄 |
| 03/27/07 | Motion to Tax Costs Hearing Confirmed for 05/08/2007 09:30 AM D-30 | | |
| 03/29/07 | Notice of of errata to defen. memo of cost Filed | 📄 | 📄 |
| 04/09/07 | Memorandum of Points and Authorities in Opposition Filed | 📄 | 📄 |

| Date | Description | | |
|---|---|---|---|
| 04/09/07 | Notice of Re: Unavailability Of Counsel Filed | 📄 | 📄 |
| 04/11/07 | Reply Brief in Support of Motion for Attorney Fees Filed | 📄 | 📄 |
| 04/12/07 | Notice of Appeal Filed by John Clifton Elstead | 📄 | 📄 |
| 04/13/07 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/13/07 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/13/07 | Notice to Attorney re Notice of Appeal Filed | 📄 | 📄 |
| 04/18/07 | Civil Law and Motion Hearing Commenced and Continued | 📄 | 📄 |
| 04/18/07 | Motion for Attorney Fees - Motion Rescheduled | 📄 | 📄 |
| 04/18/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 05/08/2007 time: 09:30 AM | | |
| 04/20/07 | Designation of Record Filed | 📄 | 📄 |
| 04/23/07 | Billing Notice Filed | 📄 | 📄 |
| 04/23/07 | Billing Notice Filed | 📄 | 📄 |
| 04/23/07 | Memo to Case Re Deposit For Reporter's Transcript On Appeal Received | 📄 | 📄 |
| 04/24/07 | Opposition To Plaintiff's Motion to Strike Defendants' Cost Memo or Tax Costs Filed | 📄 | 📄 |
| 04/26/07 | Counter Designation of Record Filed | 📄 | 📄 |
| 04/30/07 | Reply Memorandum in Support of Motion Filed | 📄 | 📄 |
| 04/30/07 | Reply Declaration in Support of Motion Filed | 📄 | 📄 |
| 05/08/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/08/07 | Civil Law and Motion Hearing Commenced and Completed | 📄 | 📄 |
| 05/08/07 | Motion to Tax Costs Taken Under Submission | 📄 | 📄 |
| 05/08/07 | Motion for Attorney Fees Taken Under Submission | 📄 | 📄 |
| 05/14/07 | Motion to Tax Costs Denied | 📄 | 📄 |
| 05/14/07 | Motion for Attorney Fees Granted in Part | 📄 | 📄 |
| 05/14/07 | Motion for Attorney Fees - Motion Rescheduled | | |
| 05/14/07 | Hearing Continued to Civil Law and Motion dept: 30 date: 07/03/2007 time: 09:30 AM | | |
| 05/15/07 | Notice of Default Issued | 📄 | 📄 |
| 05/15/07 | Notice of Default Issued | 📄 | 📄 |
| 06/04/07 | Declaration in Support Filed | 📄 | 📄 |
| 06/08/07 | Notice of Hearing for Law & Motion on 8/3/07 Filed | 📄 | 📄 |
| 06/08/07 | Hearing Reset to Motion for Attorney Fees 08/03/2007 02:00 PM D- 30 | | |
| 06/14/07 | Supplemental Memorandum of Points and Authorities in Support Filed | 📄 | 📄 |
| 06/25/07 | Brief (Supplemental) In Support Re: Attorney Fees Filed | 📄 | 📄 |
| 06/25/07 | Request for Judicial Notice Filed for Defendant | 📄 | 📄 |
| 08/01/07 | Hearing Reset to Motion for Attorney Fees 09/12/2007 09:30 AM D- 30 | 📄 | 📄 |
| 08/01/07 | Notice to Court Reporter to Prepare Transcripts Filed | 📄 | 📄 |
| 08/01/07 | Notice to Court Reporter to Prepare Transcripts Filed | | |

| | | | |
|---|---|---|---|
| 08/01/07 | Notice to Court Reporter to Prepare Transcripts Filed | | |
| 08/01/07 | Notice to Court Reporter to Prepare Transcripts Filed | | |
| 09/06/07 | Reminder Notice to Court Reporter to Prepare Transcripts Filed | | |
| 09/06/07 | Reminder Notice to Court Reporter to Prepare Transcripts Filed | | |
| 09/12/07 | Civil Law and Motion Hearing Commenced and Completed | | |
| 09/12/07 | Motion for Attorney Fees Granted in Part | | |
| 09/24/07 | Declaration Filed | | |
| 09/24/07 | Proposed Judgment Received | | |
| 09/27/07 | Objections of John Clifton Elstead Filed | | |
| 10/02/07 | Notice of Certification of Record Filed | | |
| 10/02/07 | Notice of Certification of Record Filed | | |
| 10/09/07 | Miscellaneous Respondents' Notice To Correct Omissions From Clerk's Transcript Filed | | |
| 10/12/07 | Receipt for Record on Appeal of John Clifton Elstead Filed | | |
| 10/26/07 | Amended Judgment Filed | | |
| 10/26/07 | Judgment Entered | | |
| 10/30/07 | Notice of Appeal (Orders) Filed by John Clifton Elstead | | |
| 10/30/07 | Notice to Attorney re Notice of Appeal Filed | | |
| 10/30/07 | Notice to Attorney re Notice of Appeal Filed | | |
| 10/30/07 | Notice to Attorney re Notice of Appeal Filed | | |
| 11/08/07 | Designation of Record Filed | | |
| 11/08/07 | Memo to Case Re Deposit For Reporter's Transcript on Appeal Received | | |
| 11/08/07 | Billing Notice Filed | | |
| 11/08/07 | Billing Notice Filed | | |
| 11/13/07 | Counter Designation of Record Filed | | |
| 11/13/07 | Memo to Case Deposit for reporter's transcript on appeal. Received | | |
| 11/14/07 | Billing Notice Filed | | |
| 11/14/07 | Billing Notice Filed | | |
| 12/27/07 | Notice to Court Reporter to Prepare Transcripts Filed | | |