1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ROCIO HERRERA (CA Bar No. 237139)
   rherrera@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for plaintiff
8  WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association<br><br>Plaintiff,<br><br>v.<br><br>JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: CV076015 SI<br><br>Assigned to: Hon. Susan Illston<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF DEFENDANT JOHN CLIFTON ELSTEAD'S DECLARATION FILED IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>DATE:   February 15, 2008<br>TIME:   9:00 a.m.<br>DEPT:   "10" |

///

1
EVIDENTIARY OBJECTION TO THE DECLARATION OF ELSTEAD

1047951.1

Plaintiff Wachovia Bank N.A., as Trustee (Bayview) ("Plaintiff"), hereby submits the following in objection to the Declaration of Defendant John Clifton Elstead ("Defendant" or "Elstead") filed in support of his Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted as follows:

1    Chase objects to the entirety of paragraph 2, on the grounds that such allegations lack foundation and are irrelevant pursuant to FRE §§ 401, 402, 403, 602.

2    Chase objects to the entirety of paragraph 3 and Exhibits 2, 3, 6 of the Declaration as it and the Exhibits because they lack foundation and are irrelevant pursuant to FRE §§ 401, 402, and 403. In deciding a motion to dismiss for failure to state a claim, however, the court's review is generally limited to the contents of the complaint. *Campanelli v. Bockrath*, 100 F.3d 1476, 1479 (9th Cir. 1996). Nothing in exhibits 2, 3, 6 was alleged in the First Amended Complaint.

DATED: January 25, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
ROCIO HERRERA
Attorneys for plaintiff
WACHOVIA BANK, N.A. AS TRUSTEE
(BAYVIEW)