1  John Clifton Elstead
2  7460 Woodrow Drive
   Oakland, Ca 9461 ~~Submitting Counsel are directed~~
3  (510) 339-3243     ~~to serve this order upon all other~~
                       ~~parties in this action~~
4  Defendant/Pro Se

5

6

7                  UNITED STATES DISTRICT COURT
                   NORTHERN DIVISION OF CALIFORNIA
8                     SAN FRANCISCO DIVISION

9

10  WACHOVIA BANK, N.A. AS                )   **CASE NO.** CV076015 SI
11  TRUSTEE (BAY VIEW),                   )
                                          )
12                  Plaintiff,            )
                                          )   APPLICATION TO CONTINUE MOTION
13          v.                            )   HEARING_____
                                          )
14  JOHN CLIFTON ELSTEAD,                 )
    et. al.,                              )
15                                        )
                                          )
16                  Defendants.           )
17                                        )
                                          )
18                                        )
                                          )
19  _____)

20

21      Defendant John Clifton Elstead hearby applies to have his Motion to Dismiss for Failure

22  to State a Claim, currently set to be heard February 15, 2008, continued to March 21, 2008. He

23  is a single parent of a daughter who is a senior at Bentley High School in Lafayette California

24  and who is leaving at 9:00 a.m. on a school field trip to Paris, France on February 15, 2008. He

25  needs to take his daughter to the school in the morning from where she leaves for the airport with

26  others who are going. Counsel for the other two interested parties, Wachovia Bank and the

27  United States, agree to the continuance, a Stipulation for which is enclosed with this application.

28

1

2  DATED:  2/12/08

3

4

5

6

7                                                    JOHN CLIFTON ELSTEAD
8                                                    Defendant/Pro Se

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Elaine Howton, declare that:

1. I am a citizen of the United States of America, I am over the age of eighteen, and I am not a party to the above-entitled action.

2. I caused copies of the Application and Stipulation to Continue Motion Hearing to be served this date by placing true copies thereof in sealed envelopes, with postage fully prepaid, addressed to the following:

John Sorich
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
Attorneys for Plaintiff Wachovia Bank

Thomas Newman
Assistant US Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Attorneys for Defendant
USA

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Certificate was executed on February 12, 2008 at Pleasanton, California.

ELAINE HOWTON