*Submitting Counsel are directed to serve this order upon all other parties in this action*

John Clifton Elstead
7460 Woodrow Drive
Oakland, Ca 94611
(510) 339-3243

Defendant/Pro Se

~~ORIGINAL~~ FILED

FEB 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAY VIEW),<br><br>Plaintiff,<br><br>v.<br><br>JOHN CLIFTON ELSTEAD, et. al.,<br><br>Defendants. | CASE NO. CV076015 SI<br><br>STIPULATION TO CONTINUE MOTION HEARING |

IT IS HEREBY STIPULATED by and between the interested parties that the motion by defendant John Clifton Elstead to dismiss for failure to state a claim upon which relief can be granted, currently set to be heard on February 15, 2005 at 9:00 AM, may be continued for hearing to March 21, 2008 at 9:00 A.M.

DATED: 2/12/08

```
 1  DATED: 2/12/08
 2
 3
 4
 5
 6                                              /s/ Joe Ly
 7                                              John Clifton Elstead
                                                Defendant/Pro Se
 8
 9  DATED: 2/12/08
10
11
12
13                                              /s/ Christopher Yoo
                                                Christopher Yoo
14                                              Adorno, Yoss, Alvarado & Smith
                                                1 MacArthur Place, Suite 200
15                                              Santa Ana, CA 92707
16                                              Attorney for Plaintiff
                                                Wachovia Bank
17
18
19  DATED:_____
20
21                                              _____
                                                Thomas Newman
22                                              Assistant US Attorney
                                                450 Golden Gate Ave.
23                                              San Francisco, CA 94102
24                                              Attorneys for Defendant
25                                              United States of America
26
27                                         IT IS SO ORDERED
28                                         /s/ Susan Illston
                                                                            2
                                           Susan Illston, Judge
                                           2/12/08
                                           Date
```

```
 1  DATED: 2/12/08
 2
 3
 4                                          _____
 5                                          John Clifton Elstead
 6                                          Defendant/Pro Se
 7
 8
 9  DATED: _____
10
11
12                                          _____
13                                          Christopher Yoo
                                            Adorno, Yoss, Alvarado & Smith
14                                          1 MacArther Place, Suite 200
                                            Santa Ana, CA 92707
15
16                                          Attorney for Plaintiff
                                            Wachovia Bank
17
18  DATED: 2/12/08
19
20
21                                          _____
22                                          Thomas Newman
                                            Assistant US Attorney
23                                          450 Golden Gate Ave.
                                            San Francisco, CA 94102
24
25                                          Attorneys for Defendant
                                            United States of America
26
27
28
                                                                          2
```