IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW),<br><br>　　　　Plaintiff,<br>　v.<br>JOHN CLIFTON ELSTEAD, *et al.*,<br>　　　　Defendants.<br>_____/ | No. C 07-6015 SI<br><br>**ORDER TO SUBMIT FURTHER INFORMATION RE: DEFENDANT ELSTEAD'S MOTION TO DISMISS** |

　　　　Defendant John Clifton Elstead has filed a motion to dismiss the complaint. The motion is scheduled for a hearing on March 21, 2008 at 9:00 a.m.

　　　　The Court directs plaintiff and defendant John Clifton Elstead to file statements, no later than **noon on March 20, 2008**, providing the following information about the pending state court appeal: (1) the status of the appeal, including whether the appeal has been perfected; and (2) identification of the claims (and any counterclaims) asserted in the state court lawsuit, including whether the state court lawsuit included a foreclosure claim or other claim which would affect or transfer title to the subject property.

　　　　The Court also notes that the United States of America, which is named as a defendant and which removed this action to this Court, has not filed a response to the motion. The Court directs the United States to file a response to the motion no later than **noon on March 20, 2008**.

　　　　**IT IS SO ORDERED.**

Dated: March 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge

2