JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association** | **Case No.: 3:07-cv-6015-SI** |
|         **Plaintiff,** | |
|       **v.** | |
| **JOHN CLIFTON ELSTEAD, et. al; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual ; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,** | |
|         **Defendants.** | |

<u>RESPONSE TO DEFENDANT'S MOTION TO DISMISS
AND STATEMENT OF NON-OPPOSITION</u>

      On December 17, 2007, defendant John C. Elstead filed a motion to dismiss this case

*Response to Motion to Dismiss*
Case No. 03:07-cv-6015-SI

pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. Nos. 9-11). This motion is directed at the original complaint filed by plaintiff Wachovia Bank seeking a judicial foreclosure. Pursuant to Civil L.R. 7-3(b), and this Court's Order dated March 18, 2008, the United States files this statement of non-opposition to defendant's motion.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

## CERTIFICATE OF SERVICE

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**RESPONSE TO MOTION TO DISMISS**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)**

to the parties addressed as follows:

*Response to Motion to Dismiss*
Case No. 03:07-cv-6015-SI

1 PLEASE SEE ATTACHED LIST

2     I declare under penalty of perjury under the laws of the United States that the foregoing is
3 true and correct.

4     Executed on **March 19, 2008** at San Francisco, California.

                                              /s/
                                    **KATHY P. TAT**
                                    **Legal Assistant**

## **SERVICE LIST**

| | |
|---|---|
| John M. Sorich<br>Adorno Yoss Alvarado & Smith<br>A Professional Corporation<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | Universal Fences & Supply Inc.<br>2337 American Avenue<br>Hayward, CA 94545 |
| John Clifton Elstead<br>7460 Woodrow Drive<br>Oakland, CA 94611 | City of Oakland<br>Mandatory Garbage Section<br>150 Frank H. Ogawa Plaza, Suite 5342<br>Oakland, CA 946 12 |
| Sandra F. Elstead aka Sandra F. Wagner<br>35 Cedarbrook St.<br>Walnut Creek, CA 94597-6801 | |
| Susan Elstead<br>25 Arguello, C1<br>San Rafael, CA 94901-2401 | |
| Law Offices of Walker & Durham<br>50 Francisco, #I60<br>San Francisco, CA 94133 | |
| MBNA America Bank, N.A.<br>1100 N. King St.<br>Wilmington, DE 19884 | |
| Fidelity National Title Ins. Co.<br>C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | |
| Meuser Collection Company a corp dba<br>Meuser of California<br>C/O William P. Cole<br>1555 Doolitttle Drive #I70<br>San Leandro, CA 94577-0276 | |

*Response to Motion to Dismiss*
Case No. 03:07-cv-6015-SI