JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for plaintiff
WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association<br><br>Plaintiff,<br><br>v.<br><br>JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: CV076015 SI<br><br>Assigned to: Hon. Susan Illston<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Local Rule 3-16] |

///

1  Pursuant to Civil L.R. 3-16, plaintiff Wachovia Bank, N.A., as trustee (Bayview) ("Wachovia") certifies that other than the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Wachovia Corporation, a publicly traded corporation, is the holding company for Wachovia Bank, N.A.

DATED: March 20, 2008

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation


By: __/s/ S. Christopher Yoo__
    S. CHRISTOPHER YOO
    ROCIO HERRERA
    Attorneys for plaintiff
    WACHOVIA BANK, N.A. AS TRUSTEE
    (BAYVIEW)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Suite 200, Santa Ana, CA 92707**.

On March 20, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:
**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 20, 2008, at Santa Ana, California.

/s/ Veronica Delgado
Veronica Delgado

---

CERTIFICATE OF SERVICE

1051413.1

**SERVICE LIST**
Wachovia v. Elstead, et al.
USDC, Case No. 07-CV-06015SI

| | |
|---|---|
| Scott N. Schools, Esq.<br>Thomas M. Newman, Esq.<br>9th Floor Federal Building<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 | (415) 436-6805-telephone<br>(415) 436-6748-facsimile<br><br>**Attorneys for Defendant,**<br>**The United States of America** |
| John Clifton Elstead<br>7460 Woodrow Drive<br>Oakland, CA 94611 | (510) 339-3245-telephone<br><br>**Defendant in Pro Per** |
| Michael J. Fox, Esq.<br>Christopher E. Deal, Esq.<br>17911 Von Karman Avenue, Suite 300<br>Irvine, CA 92614-6253 | (949) 622-4303-telephone<br>(949) 622-5756-facsimile<br><br>**Attorneys for Defendant,**<br>**Fidelity National Title Insurance Company** |
| John A. Russo, Esq.<br>Randolph W. Hall, Esq.<br>Jannie L. Wong, Esq.<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612 | (510) 238-6513-telephone<br>(510) 238-6500-facsimile<br>jlwong@oaklandcityattorney.org<br><br>**Attorneys for Defendant, City of Oakland** |

CERTIFICATE OF SERVICE

1051413.1