JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Asst City Attorney - State Bar #080142
JANNIE L. WONG, Deputy City Attorney - State Bar # 130029
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-6513      Fax:  (510) 238-6500
Email:  jlwong@oaklandcityattorney.org
X03072/439622

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.  C 07-06015 SI**<br><br>Parcel No. APN 048E 7327 040<br><br>**DISCLAIMER** |

-1-

-2-

1  Defendant City of Oakland claims no interest in any compensation that may be
2  awarded in this action.
3  Dated: March 20, 2008

4          JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
5          JANNIE L. WONG, Deputy City Attorney

6

7  By: _____s/s_____
     Attorneys for Defendant
8  `    CITY OF OAKLAND

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**
**Wachovia vs. City of Oakland**
**Case No.**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**DISCLAIMER**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth. |
| ☐ | by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by causing such envelope to be sent by Federal Express/Express Mail |
| ☐ | VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below. |

| | |
|---|---|
| (Served by e-filing)<br>S. Christopher Yoo<br>Rocio Herrera<br>Adorno Yoss Alvarado & Smith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA   92707 | Tel: 714-852-6800<br>Fax: 714-852-6899<br>Attorneys for Plaintiff |
| (Served by e-filing)<br>Scott N. Nichols<br>Thomas M. Newman, Esq.<br>9th Floor Federal Building<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA   94102 | Tel: 415-436-6805<br>Fax: 415-436-6748<br>Attorneys for Defendant<br>The United States of America |
| (Served by e-filing)<br>John Clifton Elstead<br>7460 Woodrow Drive<br>Oakland, CA   94611 | Tel: 510-339-3245<br>Defendant in Pro Per |
| Michael J. Fox, Esq.<br>Christopher E. Deal, Esq.<br>17911 Von Karman Avenue, Suite 300<br>Irvine, CA   92614-6253 | Tel: 949-622-4303<br>Fax: 949-622-5756<br>Attorneys for Defendant<br>Fidelity National Title Ins. Co. |

-3-

| | | |
|---|---|---|
| 1 | Susan Elstead<br>25 Arguello Cl | |
| 2 | San Rafael, CA   94901 | |
| 3 | Law Offices of Walker & Durham<br>50 Francisco, #160 | Tel: 415-986-3339 |
| 4 | San Francisco, CA   94133 | |
| 5 | | |
| 6 | Sandra F. Elstead aka<br>Sandra F. Wagner<br>35 Cedarbrook St | |
| 7 | Walnut Creek, CA  94597-6801 | |
| 8 | Meuser Collection Company a corp dba<br>Meuser of California | |
| 9 | c/o William P. Cole<br>1555 Doolittle Drive #170 | |
| 10 | San Leandro, CA   94577-0276 | |
| 11 | MVNA America Bank, NA<br>1100 N. King Street | |
| 12 | Wilmington, DE   19884 | |
| 13 | Universal Fences & Supply Inc.<br>c/o Brenda Camacho, Agent for Service | |
| 14 | 2337 American Avenue<br>Hayward, CA   94545 | |

15

16    I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
17  Service on that same day with postage thereon fully prepaid in the ordinary course of business.
18
   I declare under penalty of perjury under the laws of the United States of America
19  that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

20    Executed on March 20, 2008, at Oakland, California.

21
                                      s/s
22                                    Deborah Walther

23

24

25

26

Disclaimer                                                                                                Case No. CV07-06015SI