1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Asst City Attorney - State Bar #080142
2  JANNIE L. WONG, Deputy City Attorney - State Bar # 130029
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-6513      Fax:  (510) 238-6500
4  Email:  jlwong@oaklandcityattorney.org
   X03072/442674
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association, | **Case No.  C 07-06015 SI** |
|---|---|---|
| 12 | | Parcel No. APN 048E 7327 040 |
| 13 | Plaintiff, | |
| 14 | v. | **DISCLAIMER** |
| 15 | JOHN CLIFTON ELSTEAD, an individual; SANDRA F. ELSTEAD, also known as SANDRA F. WAGNER, an individual; TITLE | |
| 16 | INSURANCE AND TRUST COMPANY, a California corporation; FIDELITY NATIONAL | |
| 17 | TITLE INSURANCE COMPANY, a California corporation; SUSAN ELSTEAD, | |
| 18 | an individual; LAW OFFICES OF WALKER & DURHAM, an entity of unknown form; | |
| 19 | THE UNITED STATES OF AMERICA; MBNA AMERICA BANK, N.A., a national | |
| 20 | banking entity; MEUSER COLLECTION COMPANY doing business as MEUSER OF | |
| 21 | CALIFORNIA, a California corporation; UNIVERSAL FENCES & SUPPLY, INC., a | |
| 22 | California corporation; THE CITY OF OAKLAND, a municipal entity; DOES 1 | |
| 23 | through 100, inclusive, | |
| 24 | Defendants. | |

25

26

-1-

Disclaimer                                          Case No. CV07-06015SI

1 | Defendant City of Oakland (the "City") claims no interest in the property with the
2 | understanding that plaintiff will honor the City lien rolled into the Alameda County property
3 | tax roll.

Dated: March 20, 2008

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JANNIE L. WONG, Deputy City Attorney

By: _____
      Attorneys for Defendant
      CITY OF OAKLAND

## PROOF OF SERVICE
## Wachovia vs. City of Oakland
## Case No.

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One City Hall Plaza, 6th Floor, Oakland, California 94612. On the date set forth below, I served the within documents:

**DISCLAIMER**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth. |
| ☐ | by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by causing such envelope to be sent by Federal Express/Express Mail |
| ☐ | VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated below. |

| | |
|---|---|
| (Served by e-filing)<br>S. Christopher Yoo<br>Rocio Herrera<br>Adorno Yoss Alvarado & Smith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA   92707 | Tel: 714-852-6800<br>Fax: 714-852-6899<br>Attorneys for Plaintiff |
| (Served by e-filing)<br>Scott N. Nichols<br>Thomas M. Newman, Esq.<br>9th Floor Federal Building<br>450 Golden Gate Ave., Box 36055<br>San Francisco, CA   94102 | Tel: 415-436-6805<br>Fax: 415-436-6748<br>Attorneys for Defendant<br>The United States of America |
| (Served by e-filing)<br>John Clifton Elstead<br>7460 Woodrow Drive<br>Oakland, CA   94611 | Tel: 510-339-3245<br>Defendant in Pro Per |
| Michael J. Fox, Esq.<br>Christopher E. Deal, Esq.<br>17911 Von Karman Avenue, Suite 300<br>Irvine, CA   92614-6253 | Tel: 949-622-4303<br>Fax: 949-622-5756<br>Attorneys for Defendant<br>Fidelity National Title Ins. Co. |

| | | |
|---|---|---|
| 1 2 | Susan Elstead<br>25 Arguello Cl<br>San Rafael, CA   94901 | |
| 3 4 | Law Offices of Walker & Durham<br>50 Francisco, #160<br>San Francisco, CA   94133 | Tel: 415-986-3339 |
| 5 6 7 | Sandra F. Elstead aka<br>Sandra F. Wagner<br>35 Cedarbrook St<br>Walnut Creek, CA  94597-6801 | |
| 8 9 10 | Meuser Collection Company a corp dba<br>Meuser of California<br>c/o William P. Cole<br>1555 Doolittle Drive #170<br>San Leandro, CA   94577-0276 | |
| 11 12 | MVNA America Bank, NA<br>1100 N. King Street<br>Wilmington, DE   19884 | |
| 13 14 | Universal Fences & Supply Inc.<br>c/o Brenda Camacho, Agent for Service<br>2337 American Avenue<br>Hayward, CA   94545 | |

    I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

    Executed on March 20, 2008, at Oakland, California.

                                          s/s  _____