**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/21/08

Case No.   C-07-6015 SI          Judge:   SUSAN ILLSTON

Title: WACHOVIA BANK -v- JOHN ELSTEAD

Attorneys: C. Yu          Elstaed, T. Newman

Deputy Clerk: Tracy Sutton   Court Reporter: K. Wyatt

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to   4/4/08  @ 2:00 p.m.  for r Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to submit a stipulation to remand this case back to State Court.  The Court will rule on this motion as moot since the parties agree to remand.