1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3     9th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
4     San Francisco, California  94102
      Telephone:  (415) 436-6805
5     Fax:        (415) 436-6748

6  Attorneys for the United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11
   WACHOVIA BANK, N.A. AS TRUSTEE            )
12 (BAYVIEW), a national banking association )   Case No.: 3:07-cv-6015-SI
                                             )
13        Plaintiff,                         )
                                             )
14     v.                                    )
                                             )
15 JOHN CLIFTON ELSTEAD, et. al;             )
   SANDRA F. ELSTEAD, also known as          )
16 SANDRA F. WAGNER, an individual ; TITLE   )   STIPULATION FOR REMAND
   INSURANCE AND TRUST COMPANY, a            )
17 California corporation; FIDELITY NATIONAL )
   TITLE INSURANCE COMPANY, a California     )
18 corporation; SUSAN ELSTEAD, an individual;)
   LAW OFFICES OF WALKER & DURHAM,           )
19 an entity of unknown form; THE UNITED     )
   STATES OF AMERICA; MBNA AMERICA           )
20 BANK, N.A., a national banking entity;    )
   MEUSER COLLECTION COMPANY doing           )
21 business as MEUSER OF CALIFORNIA, a       )
   California corporation; UNIVERSAL FENCES  )
22 & SUPPLY, INC., a California corporation; )
   THE CITY OF OAKLAND, a municipal entity;  )
23 DOES 1 through 100, inclusive,            )
                                             )
24        Defendants.                        )
                                             )

25                              STIPULATION
26
        1.    Plaintiff commenced this action on September 17, 2007, Alameda County
27
   Superior Court, Case No.nRG07346492.  Plaintiff Wachovia filed this action seeking to
28
   foreclose on real property held by Defendant Elstead.

*STIPULATION AND*
*PROPOSED ORDER*
Case No. 03:07-cv-6015-SI

2.      The action was removed by defendant the United States of America pursuant to 28 U.S.C. §§ 1442(a)(1) and 1444.

3.      Defendant, the United States has claim against the property that plaintiff seeks to foreclose that is related to IRS liens filed against defendant Elstead for unpaid federal taxes.  The United States' interest in property that plaintiff seeks to foreclose is the sole basis for federal jurisdiction, which includes the amount and priority of the IRS liens.  The parties agree that the remaining issues in this case, which is limited to whether plaintiff has an right to foreclose on the property, arise under California state law.  The parties further agree that those issues predominate over the sole federal question.

4.      Defendant Elstead further agrees that, while no judgment has been entered in favor of the IRS's tax liens, he is not contesting those tax liabilities in this proceeding.

5.      In addition, the United States agrees that the IRS liens filed against the real property at issue that are related to defendant Elstead's federal tax liabilities are subordinate to Wachovia's interests in the real property it seeks to foreclose.

6.      Based on the foregoing, the parties agree that this case should be remanded the Alameda County Superior Court, and any pending motion in this Court should be denied as moot.

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |
| 3 | /s/ Thomas M. Newman |
| 4 | THOMAS M. NEWMAN |
| | Assistant United States Attorney |
| 5 | Tax Division |
| 7 | |
| 8 DATED: March 31, 2008 | By: /s/S. Christopher Yoo |
| | S. CHRISTOPHER YOO |
| | ROCIO HERRERA |
| 9 | Attorneys for plaintiff |
| | WACHOVIA BANK, N.A. AS |
| 10 | TRUSTEE |
| | (BAYVIEW) |
| 13 | |
| 14 DATED: April 2, 2008 | By: /s/John C. Elstead |
| | JOHN C. ELSTEAD |

*STIPULATION AND
PROPOSED ORDER*
Case No. 03:07-cv-6015-SI



IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WACHOVIA BANK, N.A. AS TRUSTEE (BAYVIEW), a national banking association ) ) | Case No.: 3:07-cv-6015-SI |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| JOHN CLIFTON ELSTEAD, et. al; ) ) | |
| Defendants. ) ) | |

Base on the parties' stipulation the Court find that the issues in this case arise predominantly under state law.  A district court may decline to exercise supplemental jurisdiction where "the district court has dismissed all claims over which it has original jurisdiction." See 28 U.S.C. § 1367(c)(3); see also Bryant v. Adventist Health System/West, 289 F. 3d 1162, 1169 (9th Cir. 2002) (holding where district court grants judgment on federal claims, district court, pursuant to § 1367(c)(3), may properly decline to exercise supplemental jurisdiction over remaining state law claims). Further, a district court may decline to exercise supplemental jurisdiction over claims that "substantially predominate[ ] over the claim or claims over which the district court has original jurisdiction." See 28 U.S.C. § 1367(c)(2).  The Court DECLINES to exercise supplemental jurisdiction over the remaining state law claims.

Accordingly, the above-titled action is hereby REMANDED to the Superior Court of

*STIPULATION AND*
*PROPOSED ORDER*
Case No. 03:07-cv-6015-SI

1  California, in and for the County of Alameda, and the Clerk is DIRECTED to transfer forthwith

2  the instant order, at the following address:

3          Office of the Clerk
        Superior Court of California
4          County of Alameda
        1225 Fallon Street
5          Oakland, CA 94612-4293

6  

7  **IT IS SO ORDERED.**

8  

9          _____
        SUSAN ILLSTON
        UNITED STATES DISTRICT COURT JUDGE

*STIPULATION AND
PROPOSED ORDER*
Case No. 03:07-cv-6015-SI