**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 7, 2008

Office of the Clerk
Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612-4293

RE:  CV 07-06015 SI    WACHOVIA BANK-v-JOHN CLIFTON ELSTEAD
       Your Case Number: (RG07346492)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    /s/

    by:  Yumiko Saito
    Case Systems Administrator

Enclosures
Copies to counsel of record