**FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 7, 2008

Office of the Clerk
Superior Court of California
County of Alameda
1225 Fallon Street
Oakland, CA 94612-4293

S. Halcrombe

APR 24 REC'D

RE:  CV 07-06015 SI   WACHOVIA BANK-v-JOHN CLIFTON ELSTEAD
     Your Case Number: (RG07346492)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg